IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**MARIO ORPINEDA**,

      Plaintiff,

vs.                                           CIVIL NO. 05-850 MV/DJS

**OTERO COUNTY DETENTION CENTER, et al.**,

      Defendants.

### ORDER AND JUDGMENT

This matter having come before the Court on the proposed findings and recommended disposition of the United States Magistrate Judge, no objections to the proposed findings and recommended disposition having been filed, and the Court having made a determination of the Magistrate Judge's proposed findings and recommended disposition;

**IT IS HEREBY ORDERED** that the proposed findings and recommended disposition of the United States Magistrate Judge are adopted by the Court;

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that this action be, and hereby is, dismissed with prejudice.

_____
**HON. MARTHA VAZQUEZ**
**CHIEF UNITED STATES DISTRICT JUDGE**